# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Cr. No. 04-20394-D |
| | ) | |
| MAURICE CALLAWAY, | ) | |
| | ) | |
| Defendant. | ) | |

FILED BY _____ D.C.

05 NOV -2 AM 11: 51

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

## ORDER

Upon motion of the United States, the sentencing hearing in the above-styled case is continued until December 13, 2005 at 1:45 p.m.

IT IS SO **ORDERED** this 31 day of October, 2005.

_____
BERNICE B. DONALD
U.S. DISTRICT COURT JUDGE

Approved by:

_____
Joseph C. Murphy, AUSA

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on __11/3/05__

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 25 in case 2:04-CR-20394 was distributed by fax, mail, or direct printing on November 3, 2005 to the parties listed.

---

Mary Catherine Jermann
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Joseph C. Murphy
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT