IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.
05 NOV 28 AM 6:53
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

Plaintiff,

vs.                                                    Cr. No. 04-20394-D

MAURICE CALLAWAY,

Defendant.

---

ORDER GRANTING APPLICATION FOR WRIT
OF HABEAS CORPUS AD TESTIFICANDUM

---

THIS CAUSE having come before this Court on the 28th day of November, 2005, upon the petition of the defendant for an order directing a Writ of Habeas Corpus Ad Testificandum, and for good cause shown, the court hereby GRANTS the motion.

The United States Marshal for the Western District of Tennessee, and the Sheriff of Shelby County are hereby ordered to have Mr. Sammy Austin, TOMIS Number 384838, who is confined at the West Tennessee Detention Facility, Henning, Tennessee, to appear before United States District Court Judge Bernice B. Donald, Court on December 13, 2005, at 1:45 pm

IT IS SO ORDERED.

11/28/2005
DATE

UNITED STATES DISTRICT COURT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 30 in case 2:04-CR-20394 was distributed by fax, mail, or direct printing on November 28, 2005 to the parties listed.

---

Joseph C. Murphy
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Mary Catherine Jermann
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT