HABEAS CORPUS

# UNITED STATES DISTRICT COURT

FOR THE

WESTERN DISTRICT OF TENNESSEE

-------

NO: 04-20394-D
WRIT OF HABEAS CORPUS AD TESTIFICANDUM

TO: DAVID JOLLY, U.S. MARSHAL, WESTERN DISTRICT OF TENNESSEE, MEMPHIS, TN; TENNESSEE DEPARTMENT OF CORRECTIONS, WARDEN STEPHEN DOTSON, WHITEVILLE CORRECTIONAL FACILITY, Whiteville, TN 38075

YOU ARE HEREBY COMMANDED to have the person of **Aaron Weatherspoon, Tomis #384843** by you restrained of his liberty, as it is said, by whatsoever names detained, together with the day and cause of her being taken and detained before the Honorable Bernice Bouie Donald, United States District Judge of the United States District Court for the Western District of Tennessee, at the courtroom of said Court, in the City of Memphis, Tennessee, at **1:45 p.m.**, on the **13** day of **December, 2005**, then and there to do, submit to, and receive whatsoever the said Judge shall then and there determine in that behalf; and have you then and there this writ.

**WITNESS** the Honorable Bernice Bouie Donald

United States District Judge at Memphis, Tennessee

this 28rd day of November, 2005.

THOMAS M. GOULD
Clerk of Court

By_____
Deputy Clerk

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 32 in case 2:04-CR-20394 was distributed by fax, mail, or direct printing on November 28, 2005 to the parties listed.

---

Mary Catherine Jermann
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Joseph C. Murphy
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT